

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEANNA HURLEY, INDIVIDUALLY AND | * | CIVIL ACTION 05-942 |
| AS NATURAL TUTRIX OF THE ESTATE | * | |
| OF HER MINOR CHILDREN, KAYLA | * | NO. 05-0945 |
| CROWE AND CHRISTINA CROWE AND | * | |
| TIM HURLEY | * | SECTION "L" |
| | * | |
| VERSUS | * | MAG. DIV (1) |
| | * | |
| AMTRAK, CANADIAN NATIONAL RAILWAY, | * | |
| STATE OF LOUISIANA, THROUGH ITS | * | |
| DEPARTMENT OF TRANSPORTATION | * | |
| AND DEVELOPMENT, RANDY GRIFFITH | * | |
| RAYMOND J. LANGHAUSER, IMPERIAL | * | |
| FIRE AND CASUALTY INSURANCE | * | |
| COMPANY AND THE ESTATE OF | * | |
| CHRISTOPHER CROWE | * | |

### AMENDED COMPLAINT FOR WRONGFUL DEATH AND SURVIVAL ACTION DAMAGES

Deanna Hurley, plaintiff, amends the Complaint for Wrongful Death and Survival Action Damages as follows:

I.

Paragraph I of the Complaint for Wrongful Death and Survival Action Damages, is amended to read as follows:

* * *



I.

Defendants are:

(a) Illinois Central Railroad Company, sometimes hereinafter referred to as "ICRR," an Illinois domiciliary authorized and doing business in the State of Louisiana under the name "CN/IC Railroad Company";

(b) State of Louisiana, through its Department of Transportation and Development, sometimes hereinafter referred to as "DOTD," a political subdivision of the State of Louisiana;

(c) Parish of Tangipahoa Council - President Government, sometimes hereinafter referred to as "Parish of Tangipahoa," a political subdivision of the State of Louisiana having the responsibility to govern the Parish of Tangipahoa pursuant to a home rule charter;

(d) The Town of Roseland, Louisiana, sometimes hereinafter referred to as "Town of Roseland," a political subdivision of the State of Louisiana.

II.

Paragraph VII, is amended to read as follows:

VII.

The sole and proximate cause of the injuries, damages and wrongful death of Christina Crowe and Kayla Crowe was the negligence of ICRR, DOTD, Parish of

Tangipahoa and Town of Roseland, which negligence consisted of the following acts and/or omissions to-wit:

 a) Failure to adequately warn decedents of the approaching train;

 b) Failure to erect and/or maintain necessary and/or required warning devices and/or signs at the crossing;

 c) Failure to maintain the railroad crossing in a way that sufficiently protects motorists attempting to cross;

 d) Failure to inspect and/or replace and/or maintain fallen, disrepaired and/or missing warning signs, cross-bucks, stop signs and/or other warnings;

 e) Failure to erect and/or maintain a proper and/or safe railroad crossing warning system, devices, bars, arms, flashing lights, and/or audible warnings;

 f) Failure to modify or warn of an improper and/or unsafe street design (Tangipahoa Avenue) approaching the crossing from the west;

 g) Failure to erect and maintain at the time of the accident warning devices for motorists crossing the railroad crossing in view of the fact that the configuration of the roadway of Tangipahoa Avenue leading to the crossing caused motorists traveling in the direction that Christopher Crowe was traveling to leave their backs to northbound

approaching trains, the direction from which the Amtrak train was approaching just prior to the accident.

III.

Paragraphs VIII, XII, XIII, and XV are deleted.

IV.

Paragraphs XIV and XVI are amended as follows:

XIV.

At all times material herein, ICRR, DOTD, Parish of Tangipahoa and Town of Roseland were individually and jointly responsible for providing proper warning devices and/or signs that the railroad crossing in question, as well as continued maintenance, inspection and repair.

\*\*\*

XVI.

The ICRR, DOTD, Parish of Tangipahoa and Town of Roseland are jointly, severely, solidarily and vicariously liable for the negligence and damages set forth above.

V.

Plaintiff realleges and reavers all other allegations contained in her original lawsuit and adopts same by reference.

**WHEREFORE**, Deanna Hurley prays that this Amended Complaint with appropriate summons be served upon defendants, Illinois Central Railroad Company, State of

Louisiana, through its Department of Transportation and Development, Parish of Tangipahoa Council-President Government and the The Town of Roseland, and that, after due proceedings, there by judgment herein in favor of Deanna Hurley and against defendants, Illinois Central Railroad Company, State of Louisiana, through its Department of Transportation and Development, Parish of Tangipahoa Council-President Government and the The Town of Roseland, in a sum that will reasonably compensate plaintiff for damages, with interest therein from date of judicial demand and for all costs of these proceedings.

Respectfully submitted,

**LAW OFFICES OF ROBERT M. JOHNSTON, L.L.C.**

**ROBERT M. JOHNSTON (#7339)**
601 Poydras Street, Suite 2490
New Orleans, Louisiana 70130
Telephone: (504) 561-7799

And

Michael Hingle (#6943)
Michael Hingle & Associates
220 Gause Blvd.
Slidell, LA 70459
Telephone: (985) 641-6800

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the above and foregoing has this day been forwarded to all counsel of record in this matter by the U.S. Mail, postage prepaid and properly addressed.

New Orleans, Louisiana, this _____ day of __NOVEMBER__, 2005.

ROBERT M. JOHNSTON (#7339)